Opinon by HEAD, J.

---

# Kelly v. Sims.

### *Action on a Promissory Note.*

1. *Promissory note; burden of proof when amount is inserted after execution.*—Where a promissory note is executed without the insertion of the amount due, which is subsequently inserted, the giving of such note is no admission by the maker that the amount inserted was the amount really owing by him to the payee, or that he really owed anything; and in an action upon such note by the payee, the

burden is on the plaintiff to prove the correctness of the amount inserted, just as if the suit was on an account.

APPEAL from the Circuit Court of Dale.

Tried before the Hon. J. M. CARMICHAEL.

M. E. MILLIGAN and J. E. ACKER, for appellant.

H. L. MARTIN, *contra*.

This was an action by the appellant against the appellee ; and counted upon a promissory note, which was signed in blank as to the amount due, and afterwards filled in by the payee. The defendant pleaded the general issue, and the plea of set off.

There was judgment for the defendant upon the plea of set off, from which the plaintiff appeals. Judgment affirmed.

Opinion by HARALSON, J.